## STATEMENT OF FACTS

On April 10, 2019, members of the Metropolitan Police Department's (MPD), Narcotics and Special Investigations Division (NSID), Gun Recovery Unit (GRU) were walking on foot in the 3600 block of Hayes Street, NE, Washington, D.C.

Once the officers approached the parking lot outside of 3676 Hayes Street, NE, Washington, D.C., the officers observed a black male wearing blue jeans and gray t-shirt with long dreadlocks, later identified as defendant Walter Parker reach into the front of his pants/waistband area, take out a black firearm and toss it inside a blue dumpster causing it to make a loud sound. Defendant Parker observed the officers and began to run on foot. After a brief foot pursuit, the defendant was stopped and detained.

Officers went back to the dumpster, looked inside, and found a loaded Ruger Model 9E, 9 millimeter semi-automatic pistol. The defendant was placed under arrest and transported to the Sixth District for processing. To the best of the undersigned detective's knowledge, the defendant has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of the defendant through the National Crime Information Center confirmed that the defendant had a prior felony conviction in the Superior Court for District of Columbia, Criminal Case No. 2011-CF3-018060. Before filing this complaint, the detective reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. There are no firearm manufacturers in the District of Columbia.

_____
DETECTIVE KIRK DEL PO
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF APRIL, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE